12 A.3d 285

Louis and Jacqueline TUCKER, h/w and Christina Tucker, by her Parents and Natural Guardians, Louis and Jacqueline Tucker, Petitioners

v.

APPLE VACATION f/n/a Apple Tours, Respondent.

No. 107 EM 2010.

Supreme Court of Pennsylvania.

Jan. 5, 2011.

## ORDER

PER CURIAM.

AND NOW, this 5th day of January, 2011, the Petition for Allowance of Appeal, treated as a Petition for Relief per Pa.R.A.P. 123, is **DENIED.**